**96–694.  State v. Richey.**

Franklin App. No. 95APC06–742.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.  It appears from the records of this court that appellant has not filed a merit brief, due November 15, 1996, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective December 26, 1996.

**96–2538.  State ex rel. Cain v. Indus. Comm.**

Franklin App. No. 95APD09–1188.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed, effective December 26, 1996.

*Tuesday, December 31, 1996*

## MOTION DOCKET

**96–534 and 96–535.  Levengood v. Transfuel, Inc.**

Tuscarawas App. Nos. 95AP060050 and 95AP060049.  On objections to submission of fees and costs.  The court, having considered appellee's fee application, grants fees in the amount of $2,000.  This fee award reflects the court's skepticism as to the reasonableness of thirty-five hours of a partner's time plus twenty-nine hours of an associate's time for preparation of a thirteen-page memorandum opposing jurisdiction—particularly because appellee pointed to the repetitive nature of this appeal as a justification to impose sanctions.

DOUGLAS and RESNICK, JJ., dissent and would award the attorney fees requested.

**96–2026.  State ex rel. Holiday Gen. Corp. v. Indus. Comm.**

Franklin App. No. 95APD07–877.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.  Upon consideration of the joint motion for continuance or stay of briefing pending approval of settlement by Industrial Commission,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted, and the briefing schedule is stayed until January 30, 1997.